**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

DANA JONES,

        Plaintiff,                             Case No.: 3:13-CV-019

vs.

COMMISSIONER OF                         District Judge Walter H. Rice
SOCIAL SECURITY,                     Magistrate Judge Michael J. Newman

        Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #23), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on July 9, 2014 (Doc. #23) is **ADOPTED** in full;

2. Plaintiff is **AWARDED** $5,362.78 in EAJA fees; and

3. The case is **TERMINATED** on the docket of this Court.

Date: 7-31-14

Walter Herbert Rice
United States District Judge